

NUMBER 13-21-00008-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF A.T.M., G.B., AND P.F.L., CHILDREN

On appeal from the 377th District Court
of Victoria County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Order Per Curiam**

This is an appeal of a final order terminating parental rights. Appellants' briefs were originally due February 9, 2021. Pursuant to a motion filed by appellants R.M. and G.B. II, we granted an extension of time to file the briefs until Monday, March 1, 2021. Appellants have now filed a second joint motion for extension of time seeking two additional weeks to file the briefs.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals, but include additional expedited

deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals in such cases are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). Accordingly, it is the policy of this Court to limit extensions of time in such cases absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

We GRANT appellants' second joint motion for extension of time and ORDER appellant's briefs to be filed on or before Monday, March 15, 2021. No further extensions of time will be granted.

PER CURIAM

Delivered and filed the
2nd day of March, 2021.

2